# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED NAZIR BIN LEP,**<br><br>    Petitioner,<br><br>        v.<br><br>**BARACK OBAMA, et al.,**<br><br>    Respondents. | Civil Action No.  09-0031 (JDB) |

## ORDER GRANTING STAY OF CASE MANAGEMENT SCHEDULE

Upon consideration of Petitioner's Unopposed Motion to Stay the Case Management Schedule, and finding good cause therefor, it is hereby

**ORDERED** that said motion is granted and that the deadlines established in the Case Management Order filed April 30, 2010 ("CMO") are stayed; and it is

**FURTHER ORDERED** that by no later than October 1, 2012, Petitioner shall submit to the Court a proposed schedule to govern further proceedings in this case and/or a joint status report on the scheduling of further proceedings in this case; and it is

**FURTHER ORDERED** that during the pendency of this stay, Petitioner may confer with Respondents regarding potential discovery pursuant to CMO § I.E.2 or, if necessary, file a single I.E.2. motion on a schedule to be proposed at the time the motion, if any, is filed; and it is

**FURTHER ORDERED** that aside from the stay of the deadlines in the CMO, all other aspects of the CMO shall remain in full force and effect.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date: May 18, 2012