## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MOHAMMED NAZIR BIN LEP,**

**Petitioner,**

**v.**                                             **Civil Action No.  09-0031 (JDB)**

**BARACK OBAMA, et al.,**

**Respondents.**

### ORDER GRANTING STAY OF CASE MANAGEMENT SCHEDULE

Upon consideration of [86] Petitioner's Unopposed Motion to Continue the Stay of

Deadlines Established in the Case Management Order, and finding good cause therefor, it is

hereby

**ORDERED** that said motion is granted and that the deadlines established in the Case

Management Order filed April 30, 2010 ("CMO") are stayed; it is

**FURTHER ORDERED** that by no later than February 1, 2013, Petitioner shall submit to

the Court a proposed schedule to govern further proceedings in this case and/or a joint status

report on the scheduling of further proceedings in this case; it is

**FURTHER ORDERED** that during the pendency of this stay, Petitioner may confer with

Respondents regarding potential discovery pursuant to CMO § I.E.2 or, if necessary, file a single

I.E.2 motion on a schedule to be proposed at the time the motion, if any, is filed; and it is

**FURTHER ORDERED** that aside from the stay of the deadlines in the CMO, all other

aspects of the CMO shall remain in full force and effect.

**SO ORDERED.**

_____
/s/
JOHN D. BATES
United States District Judge

Dated: <u>December 6, 2012</u>