UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED NAZIR BIN LEP,**<br>Petitioner,<br>v.<br>**BARACK OBAMA, et al.,**<br>Respondents. | Civil Action No. 09-0031 (JDB) |

## ORDER GRANTING STAY OF CASE MANAGEMENT SCHEDULE

Upon consideration of [86] Petitioner's Unopposed Motion to Continue the Stay of Deadlines Established in the Case Management Order, and finding good cause therefor, it is hereby

**ORDERED** that said motion is granted and that the deadlines established in the Case Management Order filed April 30, 2010 ("CMO") are stayed; it is

**FURTHER ORDERED** that by no later than February 1, 2013, Petitioner shall submit to the Court a proposed schedule to govern further proceedings in this case and/or a joint status report on the scheduling of further proceedings in this case; it is

**FURTHER ORDERED** that during the pendency of this stay, Petitioner may confer with Respondents regarding potential discovery pursuant to CMO § I.E.2 or, if necessary, file a single I.E.2 motion on a schedule to be proposed at the time the motion, if any, is filed; and it is

**FURTHER ORDERED** that aside from the stay of the deadlines in the CMO, all other aspects of the CMO shall remain in full force and effect.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated: December 6, 2012