UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED NAZIR BIN LEP,<br><br>*Petitioner,*<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>*Respondents.* | Civil Action No. 09-0031 (JDB) |

## STIPULATION AND ORDER

WHEREAS Petitioner Bin Lep seeks leave to dismiss his habeas petition voluntarily without prejudice, while ensuring continued access to counsel pursuant to the Protective Order entered in this case, as set forth in this Court's recent Memorandum Opinion and Order in In re: Guantanamo Bay Detainee Continued Access to Counsel, 2012 WL 4039707, No. 12-MC-00398 (RCL) (the "Counsel Access Case") (D.D.C. Sept. 6, 2012) (Dkt Nos. 31 & 32), as amended (Dkt. No. 33); and

WHEREAS Respondents consent to dismissal of this habeas petition without prejudice, and do not object to Petitioner's continued access to counsel on the terms provided below;

IT IS HEREBY STIPULATED AND ORDERED that:

1. Petitioner Mohammed Nazir Bin Lep's (ISN 10022's) petition for a writ of habeas corpus, and this action, are hereby **DISMISSED** without prejudice.

2. The Amended Protective Order for Habeas Cases Involving Top Secret / Sensitive Compartmented Information and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, in Habeas Cases Involving Top Secret / Sensitive Compartmented Information, issued by Judge Hogan on January 9, 2009 in In re: Guantanamo

Bay Detainee Litigation, No. 08-MC-442 (TFH) (D.D.C.) (Dkt. Nos. 1481 and 1496), and entered in this case (Dkt. Nos. 4-1 and 5) on February 18, 2009 (the "Protective Order"), shall remain in effect and continue to govern Petitioner Bin Lep's access to counsel while he remains confined at Guantanamo Bay and has the right to seek further relief by habeas corpus, whether or not he actually continues to have a petition pending before the Court.

3. This Stipulation and Order is without prejudice to the parties' rights to seek to set aside, modify, or otherwise obtain relief from any provision herein or of the Protective Order on any ground that could be or could have been raised at any time.

4. The Court shall retain jurisdiction to enforce the terms of this Stipulation and Order.

**SEEN AND AGREED TO:**

STUART F. DELERY
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 /s/ Joseph C. Folio III
ANDREW I. WARDEN
SCOTT D. LEVIN (D.C. Bar No. 494844)
JOSEPH C. FOLIO III
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  (202) 305-4968
Fax: (202) 616-8470
Joseph.Folio@usdoj.gov
*Attorneys for Respondents*

MOHAMMED NAZIR BIN LEP
By Counsel

/s/ Kenneth P. Troccoli
Kenneth P. Troccoli (D.C. Bar No. 384897)
Geremy Kamens (Va. Bar No. 41596)
Aamra S. Ahmad (D.C. Bar No. 495370)
Assistant Federal Public Defenders
Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, VA 22314
Tel: (703) 600-0800
Fax: (703) 600-0880
Kenneth_Troccoli@fd.org
Geremy_Kamens@fd.org
Aamra_Ahmad@fd.org

*Attorneys for Petitioner*

**SO ORDERED.**

Date: _April 5, 2013_                    _____
                                          JOHN D. BATES
                                          United States District Judge