# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED NAZIR BIN LEP,<br>    Petitioner,<br>        v.<br>BARACK OBAMA, et al.,<br>    Respondents. | Civil Action No.  09-0031 (JDB) |

## ORDER

Upon consideration of [88] Respondents' Supplemental Motion to Deem Protected Additional Words in the Proposed Public Factual Return for ISN 10022, and a review of the proposed additional redaction submitted via Respondents' Appendix A, it is hereby **ORDERED** that Respondents' Motion is **GRANTED**. The information identified by Respondents with green highlighting is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further **ORDERED** that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return incorporating the changes the Court approves today.

    **SO ORDERED**.

                                    /s/
                            JOHN D. BATES
                        United States District Judge

Date: April 10, 2013